**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

**In re:**

**EMERALD GRANDE, LLC,**                    Chapter 11 Case No.  1:17-BK-0021

      **Debtor.**

**STIPULATION AND ORDER EXTENDING TIME OF CARTER BANK AND TRUST AND FIRST BANK OF CHARLESTON, INC. TO OBJECT TO APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR THE DEBTOR**

The Debtor, Emerald Grande, LLC, ("Debtor"), Carter Bank and Trust ("Carter Bank"), and First Bank of Charleston, Inc. ("First Bank"), by their respective undersigned counsel, represent and agree as follows:

## RECITALS

A.    On January 11, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

B.    Since the Petition Date, the Debtor has continued to operate its business as a debtor-in-possession pursuant to § 1104 of the Bankruptcy Code.

C.    No Official Committee of Unsecured Creditors has yet been appointed in this case.

00917798.DOCX

D.  By Application dated January 11, 2017 [Doc 14], the Debtor applied for entry of an order authorizing the employment of Kay Casto & Chaney PLLC as the attorneys for the Debtor ("Kay Casto").

E.  By Order dated January 25, 2017 [Doc 47], the Court authorized Kay Casto's employment on an interim basis and directed that objections, if any, to Kay Casto's employment on a permanent basis be filed no later than February 6, 2017.

F.  The parties to this Stipulation are continuing to discuss issues relating to Kay Casto's employment and other related issues and accordingly wish to extend the time for Carter Bank and First Bank to respond to the Application.

## STIPULATION

Accordingly, the Debtor, Carter Bank, and First Bank hereby agree and stipulate that the time of Carter Bank and First Bank to object to the Application shall be extended for a period of ten days to February 16, 2017.

It is so **ORDERED** this _____ day of February 2017.

STIPULATED AND AGREED TO:

      */s/ Steven L. Thomas*
Steven L. Thomas, Esquire
WV State Bar No. 3738
Kay Casto & Chaney, PLLC
P.O. Box 2031
Charleston, WV 25327

*Attorneys for Emerald Grande, LLC, as Debtor and Debtor in Possession*


      */s/ Kevin W. Barrett*
Marc R. Weintraub
Kevin W. Barrett (admitted *pro hac vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
mweintraub@baileyglasser.com
kbarrett@baileyglasser.com

*Attorneys for First Bank of Charleston, Inc.*


      */s/ Jonathan L. Hauser*
Jonathan L. Hauser, Esquire (admitted *pro hac vice*)
Virginia State Bar No. 18688
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
(757) 687-7768
(757) 687-1505 – Fax
Email:  jonathan.hauser@troutmansanders.com

*Attorneys for Carter Bank and Trust*

## **CERTIFICATION**

I hereby certify that the foregoing proposed Stipulation and Order has been endorsed by all parties required to do so pursuant to the Rules of Bankruptcy Procedure and Local Rules.

> *ced/ Kevin W. Barrett*