**Fill in this information to identify the case:**

Debtor name: Emerald Grande, LLC

United States Bankruptcy Court for the: Northern District Of West Virginia

Case number (If known): 1:17-BK-0021

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | La Quinta Franchising<br>See Attachment 1<br><br>Irving, TX 75038 | See Attachment 1<br>(214) 492-6991 | | | | | $200,000.00 |
| 2 | WV State Consumer Sales Tax<br>P.O. Box 2745<br><br>Charleston, WV 25330-2745 | | | | | | $185,830.67 |
| 3 | Kanawha County Sheriff Tax Dept.<br>409 Virginia St., E., Rm 120<br><br>Charleston, WV 25301 | | | | | | $124,596.30 |
| 4 | Nicholas County Sheriff Tax Dept.<br>700 Main Street<br><br>Summersville, WV 26651 | | | | | | $75,170.19 |
| 5 | Ford Credit<br>P.O. Box 650575<br><br>Dallas, TX 75265-0575 | | | | | | $34,551.63 |
| 6 | Kanawha Valley Advertising<br>P.O. Box 627<br><br>Poca, WV 25159 | | | | | | $24,350.00 |
| 7 | Image II<br>800 North Side Drive, Suite 27<br><br>Summersville, WV 26651 | | | | | | $16,500.00 |
| 8 | US Foods<br>P.O. Box 64450<br><br>Pittsburgh, PA 15264-4540 | | | | | | $16,166.51 |

Debtor   Emerald Grande, LLC                    Case number (*if known*) 1:17-BK-0021
         *Name*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Supreme Hospitality Supply, LLC<br>3430 Browns Mill Road<br><br>Atlanta, GA 30354 | | | | | | $8,019.88 |
| 10 | Bulk TV & Internet<br>See Attachment 2<br><br>Raleigh, NC 27615 | | | | | | $4,233.70 |
| 11 | Guest Supply<br>P.O. Box 910<br><br>Monmouth Junction, NJ 08852-0910 | | | | | | $4,002.91 |
| 12 | American Hotel Register Company<br>100 S. Milwaukee Avenue<br><br>Vernon Hills, IL 60061-4305 | | | | | | $2,712.99 |
| 13 | In the Swim<br>320 Industrial Drive<br><br>West Chicago, IL 60185 | | | | | | $2,200.00 |
| 14 | Williams Scotsman<br>401 Call Road<br><br>Charleston, WV 25312-9409 | | | | | | $1,436.23 |
| 15 | Christopher Andavo Travel<br>5588 South Green Street, Suite 300<br><br>Salt Lake City, UT 84123 | | | | | | $1,428.40 |
| 16 | Super Laundry<br>35 Corporate Drive, Suite 220<br><br>Burlington, MA 01803 | | | | | | $1,241.20 |
| 17 | Ecolab<br>P.O. Box 70343<br><br>Chicago, IL 60673-0343 | | | | | | $1,227.59 |
| 18 | PSMI<br>167 Middletown Circle<br><br>Fairmont, WV 26554 | | | | | | $874.50 |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Attachment
Debtor: Emerald Grande, LLC        Case No: 1:17-BK-0021

Attachment 1

    Nancy Gourley, Vice President—Franchise and Associate General Counsel

    LQ Management L.L.C., 909 Hidden Ridge, Ste. 600

Addendum 2

  h.    8537 Six Forks Rd., Forum V, Ste. 100