# SECOND AMENDMENT TO
# PURCHASE AND SALE AGREEMENT

By and Between

## EMERALD GRANDE, LLC, as Seller

and

## SHREE RAM HOSPITALITY LLC, as Purchaser

Dated August 24, 2020 and Effective August 27, 2020

for the

Property:

**La Quinta Hotel – Elkview, WV**

01527601.DOCX

**EXHIBIT A**

## 2ND AMENDMENT TO PURCHASE AND SALE AGREEMENT

**THIS 2ND AMENDMENT TO PURCHASE AND SALE AGREEMENT** (this "Agreement") is made and entered into as of this 26th day of October, 2020 (the "Effective Date"), by and between Emerald Grande, LLC, a Georgia limited liability company ("Seller"), and Shree Ram Hospitality LLC, a West Virginia limited liability company, or its assigns ("Purchaser"). Seller and Purchaser are sometimes referred to herein individually as a "Party", and collectively as the "Parties".

**WHEREAS,**

A.    Seller and Purchaser are parties to a Purchase and Sale Agreement dated August 24, 2020 and Effective August 27, 2020 (the "PSA") for the sale by Seller and the purchase by Purchaser of the La Quinta Hotel – Elkview (the "Hotel").

B.    Pursuant to the PSA, the Diligence Period ended on October 13, 2020.

C.    Pursuant to the First Amendment to PSA dated October 13, 2020, the due diligence period was extended to October 26, 2020.

D.    In connection with Purchaser's due diligence performed in connection with the First Amendment to PSA, Purchaser notified Seller of certain issues alleged to affect the condition of the Hotel and, in connection therewith, requested a Purchase Price1 reduction of $335,000 (the "Purchase Price Reduction").

E.    After consultation with Carter Bank & Trust, which is the only creditor affected by the Purchase Price Reduction, Seller has agreed to the requested Purchase Price Reduction after Purchaser provided documentation associated with the underlying condition issues. Purchaser has requested of the Seller that the Diligence Period contained in the PSA, as amended, be further extended to October 28, 2020 (the "Extended Due Diligence Period") solely to permit Purchaser to provide written internally prepared documentation supporting the Purchase Price Reduction.

**NOW, THEREFORE**, in consideration of the mutual covenants set forth in this 2ND Amendment and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

1.    The recitals above set forth are incorporated herein by reference as though fully set forth again at length.

2.    Paragraph 1.1 definition of Diligence Period shall be further amended to expire on October 28, 2020.

---

1 Capitalized terms used but not defined herein shall have the meaning given thereto in the PSA.

01527601.DOCX

**EXHIBIT A**

3.      Seller's counsel shall file with the Bankruptcy Court a notice attaching the Second Amendment to Purchase and Sale Agreement.

4.      The Purchase Price is reduced by the Purchase Price Reduction,

5.      For the avoidance of doubt, the Parties acknowledge that the Extended Due Diligence Period is intended only to permit Purchaser additional time to provide the documents underlying the Purchase Price Reduction, such that Paragraph 3.1.1 is amended by changing "Three Million Dollars ($3,000,000.00)" therein to "Two Million Six Hundred Sixty-Five Thousand Dollars ($2,665,000.00)"and Purchaser expressly agrees that no further adjustments to the Purchase Price will be allowed.  Purchaser further agrees the only remaining Purchaser Closing Conditions under the Purchase Agreement are: the entry of the final sale order by the Bankruptcy Court and Purchaser obtaining financing for a portion of the Purchase Price in the amount of $2,065,000.

6.      This Second Amendment to the Purchase and Sale Agreement supersedes the First Amendment to the Purchase and Sale Agreement, previously agreed to by the Parties.

7.      All of the terms of the PSA, except as heretofore and hereby amended are hereby ratified and confirmed and shall remain in full force and effect.

SIGNATURES APPEAR ON THE FOLLOWING PAGE

01527601.DOCX

**EXHIBIT A**

**IN WITNESS WHEREOF**, each Party has caused this Agreement to be executed and delivered in its name by a duly authorized officer or representative.

**SELLER**:

By: _____

Name: William A. Abruzzino

Title: Managing Member

**PURCHASER**:

By: _____

Name: Manav Patel

Title: Member

01526617.DOCX

EXHIBIT A